**ATTACHMENT A**

The property to be searched are a gray Apple iPhone with black case and a TCL T432W (IMEI: 016441003109939) (hereinafter "CELLULAR PHONES"). The phones are currently in the possession of the FBI at 113 Virginia Street East, Charleston, West Virginia, 25301. This warrant authorizes the forensic examination of the devices for the purpose of identifying the electronically stored information described in Attachment B.

**ATTACHMENT B**

1. All records on the devices described in Attachment A that relate to violations of 21 U.S.C. §§ 841(a)(1) and 846 and involve JOSHUA MCCARVER, including:

   a. lists of customers and related identifying information;

   b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   d. any information recording MCCARVER's schedule or travel;

   e. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as videos, photos, logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4. This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control, of attorneys for the government and their support staff for their independent review.